UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWN DAVIS<br><br>v.<br><br>ANNIE DOOKHAN, DELLA SAUNDERS, CHARLES SALEMI, LINDA HAN, JULIANNE NASSIF, AND ELIZABETH O'BRIEN<br><br>    Defendants. | Civil Action No. 4:20-cv-40017-TSH |

## NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS

Now comes the Plaintiff, Shawn Davis, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the following Defendants from this action: Della Saunders, Charles Salemi, Linda Han, Julianne Nassif, and Elizabeth O'Brien.

This action is continuing as to Defendant Annie Dookhan.

SHAWN DAVIS

By his attorney,

*/s/ Richard J. Rafferty, Jr.*
Richard J. Rafferty, Jr. (BBO No.551944)
Eden Rafferty
238 Shrewsbury Street
Worcester, MA  01604
Tel. (508) 795-1601
rrafferty@edenrafferty.com

4866-0847-2603, v. 1