UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 4:20-cv-40017

| | |
|---|---|
| SHAWN DAVIS, | ) |
| | ) |
| | ) |
| *PLAINTIFF,* | ) |
| | ) |
| VS. | ) |
| | ) |
| ANNIE DOOKHAN, | ) |
| | ) |
| *DEFENDANT.* | ) |
| | ) |

## **MOTION FOR ENTRY OF DEFAULT JUDGMENT**
## **PURSUANT TO Fed. R. Civ. P. 55(b)(1)**

Now comes the plaintiff, Shawn Davis., in the above captioned matter and hereby requests that a final judgment of default enter as to the defendant Annie Dookhan.

As support for this motion, plaintiff states as follows:

The undersigned counsel, on behalf of plaintiff, Shawn Davis, moves this Court for entry of a default judgment as to defendant Annie Dookhan, upon the complaint heretofore filed and served upon the defendant, in accordance with the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, and in support thereof shows the Court the following.

 1. On February 20, 2020, Shawn Davis filed in the United States District Court, Massachusetts Central Division, a Complaint alleging violations of his 4th, 5th, 6th, and 14th amendment rights, violations of 42 U.S.C. §1983, and violations of M.G.L. c. 12 §111 by

defendant, and that as a result of the defendant's misconduct and bad acts the plaintiff suffered the following harm and injuries:

    a. On or about June 22, 2009, faced with falsified evidence and an over extended prison term and motivated and incentivized to plead guilty based on the falsified drug test received certified by Dookhan and received from the Hinton lab, Mr. Davis signed a plea that was neither voluntary nor knowing, pleading guilty to "Cocaine, Possess To Distribute, Subsq. C94C §32A(D)."

    b. On or about July 2, 2009, Davis was sentenced to incarceration in state prison for a term of three to five years on the charge of "Cocaine, Possess To Distribute, Subsq. C94C §32A(D)."

    c. Davis received 141 days of credit and then served an additional period of or about 1,279 days of incarceration in state prison and a period of or about 237 days of parole before being discharged from parole on or about August 22, 2013. Including the 141 days of credit as incarceration time, Davis served 1,420 days (nearly 4 years) of incarceration and 237 days of parole.

    d. A copy of said Complaint is attached hereto as Exhibit 1 and is incorporated herein by reference.

    2. On July 27, 2020, a copy of said Complaint and a Summons in a Civil Action were served by Constable upon Annie Dookhan, at Ms. Dookhan's place of residence located at 100 E Central Street, Apt. 4, Franklin, MA 02038. A copy of the Proof of Service and Summons is attached hereto as Exhibit 2 and is incorporated herein by reference.

    3. On March 21, 2022, after more than twenty days had elapsed since the service of said Complaint and Summons upon defendant, and no Answer thereto having been served by defendant upon the plaintiff, the plaintiff notified Annie Dookhan of his intention to petition this Court for entry of a default judgment against defendant. A copy of said letter is attached hereto as Exhibit 3

and is incorporated herein by reference. No response to said letter has been received by the plaintiff.

4. Defendant has failed to plead or otherwise defend this action, and the plaintiff is entitled to judgment by default against defendant.

5. Pursuant to the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, this Court is empowered to enter a default judgment against the defendant for relief sought by plaintiff in its complaint, and written notice of this action has been given to defendant as set forth in the attached affidavit.

PRAYER

WHEREFORE, plaintiff prays that this Court enter a judgment of default against defendant and assess damages in the amount of $2,000,000 or any other amount that the Court deems fit to compensate plaintiff for the harm and injuries suffered.

Respectfully
Submitted

Counsel for the Plaintiff

/s/Richard J. Rafferty
Richard J. Rafferty, Esquire
BBO No. 551944
Eden Rafferty
238 Shrewsbury Street
Worcester, MA 01604
(508) 795-1601
rrafferty@edenrafferty.com

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 4:20-cv-40017

SHAWN DAVIS,

        *PLAINTIFF,*

VS.

ANNIE DOOKHAN,

        *DEFENDANT.*

## **AFFIDAVIT OF ATTORNEY RICHARD J. RAFFERTY IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT PURSUANT TO Fed. R. Civ. P. 55(b)(1)**

I, Richard J. Rafferty, am an attorney licensed in Massachusetts and in the Federal Court for the District of Massachusetts, and represent the plaintiff in this matter.

1. On February 20, 2020, Shawn Davis filed in the United States District Court, Massachusetts Central Division, a Complaint alleging violations of his 4th, 5th, 6th, and 14th amendment rights, violations of 42 U.S.C. §1983, and violations of M.G.L. c. 12 §111 by defendant, and that as a result of the defendant's misconduct and bad acts the plaintiff suffered the following harm and injuries:

   a. On or about June 22, 2009, faced with falsified evidence and an over extended prison term and motivated and incentivized to plead guilty based on the falsified drug test received certified by Dookhan and received from the Hinton lab, Mr. Davis signed a plea that was neither voluntary nor

knowing, pleading guilty to "Cocaine, Possess To Distribute, Subsq. C94C §32A(D)."

b. On or about July 2, 2009, Davis was sentenced to incarceration in state prison for a term of three to five years on the charge of "Cocaine, Possess To Distribute, Subsq. C94C §32A(D)."

c. Davis received 141 days of credit and then served an additional period of or about 1,279 days of incarceration in state prison and a period of or about 237 days of parole before being discharged from parole on or about August 22, 2013. Including the 141 days of credit as incarceration time, Davis served 1,420 days (nearly 4 years) of incarceration and 237 days of parole.

d. A copy of said Complaint is attached hereto as Exhibit 1 and is incorporated herein by reference.

2. On July 27, 2020, a copy of said Complaint and a Summons in a Civil Action were served by Constable upon Annie Dookhan, at Ms. Dookhan's place of residence located at 100 E Central Street, Apt. 4, Franklin, MA 02038. A copy of the Proof of Service and Summons is attached hereto as Exhibit 2 and is incorporated herein by reference.

3. On March 21, 2022, after more than twenty days had elapsed since the service of said Complaint and Summons upon defendant, and no Answer thereto having been served by defendant upon the plaintiff, the plaintiff notified Annie Dookhan of his intention to petition this Court for entry of a default judgment against defendant. A copy of said letter is attached hereto as Exhibit 3 and is incorporated herein by reference. No response to said letter has been received by the plaintiff.

4. Defendant has failed to plead or otherwise defend this action, and the plaintiff is entitled to judgment by default against defendant.

5. The defaulting party, to the best of my knowledge, is not an infant, incompetent person,

or in the military service of the United States.

6. Notice of this motion was served by mail on the defendant on May 4, 2022 at her place of residence located at 100 E Central Street, Apt. 4, Franklin, MA 02038.

7. Costs incurred by the plaintiff in this matter, including filing fees and service of process, total: $857.12.

Signed under the pains and penalties of perjury this 4th day of May, 2022.

/s/Richard J. Rafferty
Richard J. Rafferty, Esquire